**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| RICHARD LEE GARNER, JR., <br> A/K/A PRESIDENT R. LEE GARNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 16-504C <br><br> Filed June 22, 2016 |

**FILED**
**JUN 2 2 2016**
**U.S. COURT OF FEDERAL CLAIMS**

## DISMISSAL ORDER

Plaintiff, *pro se*, Richard Lee Garner, Jr., commenced this action on April 25, 2016 (docket entry 1). Plaintiff did not submit the filing fee required for bringing an action in this Court at the time that he filed the complaint as required by Rule 77.1(c) of the Rules of the United States Court of Federal Claims ("RCFC"). Nor did plaintiff file a motion to proceed in this matter *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a).

On June 7, 2016, the Court issued an Order to Show Cause directing plaintiff to either pay the outstanding filing fee, or to file a motion to proceed *in forma pauperis*, by June 14, 2016 (docket entry 5). Plaintiff has neither paid the Court's filing fee, nor filed a motion to proceed *in forma pauperis*.

RCFC 41(b) provides that: "[i]f the plaintiff fails to prosecute or to comply with [the Court's] rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it." RCFC 41(b). And so, pursuant to RCFC 41(b), the Clerk's Office is directed to **ENTER** final judgment **DISMISSING** the complaint. No costs.

**IT IS SO ORDERED.**

*LYDIA KAY GRIGGSBY*
Judge